*Elliott, James Harlan, for appellant.*

*T. L. Burnett, for appellee.*

---

## NICHOLAS OCHSNER *v.* COMMONWEALTH.

**Intoxicating Liquors—Sale to Minor—Proof.**

In a prosecution for unlawful sale of intoxicating liquor, accused can not prove facts tending to show that he had reason to believe the minor to be over 21 years of age.

APPEAL FROM KENTON CIRCUIT COURT.

December 30, 1872.

OPINION BY JUDGE LINDSAY:

The court did not err in refusing to permit appellant to prove facts conducing to show that he had reason to believe the minor to whom the liquor was sold to be over the age of twenty-one years. 6 Bush 400. Nor was it error to overrule the motion to exclude the testimony of the father as to the age of the minor. If such testimony was not competent, it would be impossible to prove the age of any one.

This court can not reverse for error of the court below in refusing to sustain a demurrer to an indictment charging a person with a misdemeanor. Sec. 349, Crim. Code. It is unnecessary therefore to criticise the indictment in this case.

Judgment *affirmed.*

*Ellis, for appellant.*

*Attorney General, for appellee.*